# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG PITCHFORD, | ) | Case No. ED CV 13-0353 DMG (JCG) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| B.M. CASH, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: March 15, 2013

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE